

FILED
CLERK, 10-31-2019
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:19-cr-197-J-39JBT
18 U.S.C. § 1040

JESSICA ANN SMOTHERS
a/k/a Annabella Oxendine

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 22, 2017, in the Middle District of Florida, and elsewhere, the defendant,

JESSICA ANN SMOTHERS
a/k/a Annabella Oxendine,

knowingly made a materially false, fictitious, and fraudulent statement and representation, in any matter involving any benefit authorized, transported, transmitted, transferred, disbursed, and paid, in and affecting interstate commerce, said benefit being a record, voucher, payment, money, and thing of value of the United States and of the Federal Emergency Management Agency (FEMA), a department and agency of the United States, in connection with a major disaster declaration under Title 42 of the United States Code, in that the defendant made a fraudulent application for assistance from FEMA's

Individuals and Households Program for Hurricane Irma in which the defendant falsely represented that due to storm damage to her primary residence, she was in need of rental assistance, that is, money, in order to pay for a rental property located on Lonnie Crews Road, Fernandina Beach, Florida.

In violation of 18 U.S.C. § 1040.

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Kevin C. Frein
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

2

FORM OBD-34
10/15/19 Revised

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JESSICA ANN SMOTHERS,
a/k/a Annabella Oxendine

## INDICTMENT

Violations: 18 U.S.C. § 1040

A true bill,

_____
Foreperson

Filed in open court this 31st day

of October, 2019.

_____
Clerk

Bail $ _____

GPO 863 525