UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 3:19-cr-197-J-39JBT

JESSICA ANN SMOTHERS
  a/k/a Annabella Oxendine

**ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral motion of the Government's to continue the detention hearing, the motion is **GRANTED** and it is **ORDERED** that an arraignment/detention hearing is set for **November 5, 2019 at 2:00 PM** before the Honorable Joel B. Toomey in Courtroom No. 5A, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida. Pending this hearing the Defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: November 5, 2019

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Frein)
Federal Public Defender
U.S. Marshal
U.S. Pretrial
Defendant